**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7018**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES NEAL, III, a/k/a Sonny,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Charles E. Simons, Jr., Senior
District Judge.  (CR-94-27, CA-96-1624-0-6)

---

Submitted:  May 14, 1998               Decided:  May 26, 1998

---

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

James Neal, III, Appellant Pro Se.  Marvin Jennings Caughman,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Neal, Nos. CR-94-27; CA-96-1624-0-6 (D.S.C. June 12, 1997). We deny Appellant's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED